UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **CV 19-10903 MWF (Ex)**　　　　　　　　　　　　　　Date: February 14, 2020

Title　**Sandra Edmonds v. 3828 Slauson, LLC, et al.**

Present: The Honorable:　MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

　　A review of the docket in this action reflects that the Complaint was filed on December 27, 2019. (Docket No. 1). On January 28, 2020, Plaintiff filed a Proof of Service ("POS") reflecting that substituted service was made on January 17, 2020. (Docket No. 11).

　　The Court notes that the POS list of documents served does not include the Notice to Parties Re ADA Disability Access Litigation/Application for Stay and Early Mediation ("ADA Packet"). (Docket No. 8). The Notice states that the ADA Packet was to be served at the same time the summons and complaint were served, if possible, and provides other deadlines and directions. (ADA Packet, at page 1, ¶ 2). The ADA Packet warns that "Failure to comply with these directives may adversely affect Plaintiff's claims." (*Id*. at ¶ 3).

　　The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 6, 2020**

　　■ BY PLAINTIFF: PROOF OF SERVICE of Summons, Complaint, and ADA Packet on Defendant.

　　　　AND

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendant who has been served.

     OR

- BY PLAINTIFF:  DEFAULT APPLICATION for Defendant who has not timely responded to the Complaint or filed an ADA Application.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm