Anoush Hakimi (SBN 228858)
   anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
   peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**SANDRA EDMONDS**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>          Plaintiff,<br><br>     vs.<br><br>3828 SLAUSON, LLC, a Limited Liability California Company; and Does 1-10,<br><br>          Defendants. | CASE NO.: 2:19-cv-10903-MWF-E<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>The Hon. Michael W. Fitzgerald<br>Trial Date:  TBD |

Plaintiff hereby notifies the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that a Request for Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: February 14, 2020 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI** |
| 4 | | |
| 5 | | By: */s/Anoush Hakimi* |
| 6 | | Anoush Hakimi, Esq. |
| 7 | | Attorneys for Plaintiff, Sandra Edmonds |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT