ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SANDRA EDMONDS**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>      Plaintiff,<br><br>   vs.<br><br>3828 SLAUSON, LLC, a Limited Liability California Company; and Does 1-10,<br><br>      Defendants. | Case No.: 2:19-cv-10903-MWF-E<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

   Plaintiff Sandra Edmonds requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant 3828 Slauson, LLC, a California Limited Liability Company, from Plaintiff's Complaint Case Number 2:19-cv-10903-MWF-E. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety.

Dated: February 18, 2020          THE LAW OFFICE OF HAKIMI & SHAHRIARI


By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Sandra Edmonds

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS