JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds,<br><br>       Plaintiff,<br><br>vs.<br><br>3828 Slauson, LLC, a California Limited Liability Company; and Does 1-10,<br><br>       Defendant. | **Case No.: 2:19-cv-10903-MWF-E**<br><br>*Hon. Michael W. Fitzgerald*<br><br>~~[PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  12/27/2019<br>Trial Date:    Not Calendared |

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Sandra Edmonds' ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against 3828 Slauson, LLC, a California Limited Liability Company ("Defendant").

Dated: ___February 20, 2020___

_____

Hon. Michael W. Fitzgerald
Judge, United States Court
Central District of California

1